## CHRISTI CONNOS v. JOHN R. GERICH ET AL.

SUPERIOR COURT          TOLLAND COUNTY          FILE No. 5307

Memorandum filed April 27, 1950.

Leo J. Dowling and James D. Cosgrove, of Hartford, for the Plaintiff.

Birmingham & Kennedy and Joseph P. Cooney, of Hartford, Samuel Reich, of Bridgeport, and Francis J. Fahey, of Thompsonville, for the Defendants.

COMLEY, J. This motion is opposed and must, therefore, be denied, for the Superior Court has no power to refer any matter to a state referee unless all parties consent to it. See General Statutes § 8177.

The court may, without the consent of the parties, appoint a committee under § 8168 and under Practice Book, § 177 but that is not the request made in the present motion.